STEVEN D. HEMMINGER (SBN 110665)
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, California 94025
Telephone: (650) 838-2029
Facsimile: (650) 838-2001
Email: steve.hemminger@alston.com

CASONDRA K. RUGA (SBN 237597)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: casondra.ruga@alston.com

Attorneys for Defendants
**ARCLIGHT CINEMA COMPANY**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCLIGHT CINEMA COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCLIGHT FILMS PTY. LTD., an Australian corporation; DARCLIGHT FILMS PTY. LTD., an Australian corporation; ARCLIGHT FILMS INTERNATIONAL PTY. LTD, an Australian corporation; and ARCLIGHT FILMS CANADA, INC., an Australian corporation,<br><br>        Defendants. | Case No.: CV11-6327 – R (SHx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with Plaintiff's Request for Dismissal With Prejudice] |

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

LEGAL02/33230605v1

1 | **ORDER OF DISMISSAL**

2 | Plaintiff Arclight Cinema Company ("Plaintiff') having requested
3 | dismissal of the claims in this proceeding, and the Court being duly advised thereof, it
4 | is hereby:
5 | ORDERED AND ADJUDGED that all claims asserted in this action by
6 | Plaintiff in the above-entitled cause shall be dismissed with prejudice, each party to
7 | bear their respective costs of litigation, attorneys' fees and expenses.
8 | IT IS SO ORDERED THIS 9th day of April, 2012.

_____
Honorable Manuel L. Real
Judge of the United States District Court

Respectfully submitted by:

DATED: April 6, 2012        STEVEN D. HEMMINGER
                            CASONDRA K. RUGA
                            **ALSTON & BIRD LLP**


                            /s/  Casondra K. Ruga
                                    Casondra K. Ruga

                            Attorneys for Plaintiff
                            **ARCLIGHT CINEMA COMPANY**

## PROOF OF SERVICE

I, Casondra K. Ruga, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Alston & Bird LLP, ADD ADDRESS. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 6, 2012, I served the document(s) described as **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, ADD ADDRESS.

BY E-MAIL: I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail listed in the court's electronic filing system.

☒ BY ELECTRONIC MAIL   On this date, I transmitted the documents listed above, electronically, via the U.S.D.C CM/ECF website as indicated on the attached service list.

[Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2012, at Los Angeles, California.

/s/  Casondra K. Ruga

Casondra K. Ruga

**Central District of California**
*Arclight Cinema Co.,*
*v.*
*Arclight Films PTY, LTD et al.*
*Case No.: CV11-6327 - R*

**SERVICE LIST**

| | |
|---|---|
| Mr. Jeff Kranzdorf<br>8447 Wilshire Boulevard, Suite #101<br>Beverly Hills, CA 90211 | Attorneys for all Defendants<br><br>Telephone:<br>Facsimile: |